**Order filed July 28, 2021.**



**In The**

**Fourteenth Court of Appeals**

————————

**NO. 14-21-00293-CV**

————————

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant**

**V.**

**KLAZZY KIDZ PRE SCHOOL AND CHILD CARE, LLC, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-22576**

---

**ORDER**

The reporter's record in this case was due June 7, 2021. *See* Tex. R. App. P. 35.1. On June 29, 2021, this court granted the court reporters request for extension of time to file the record until July 23, 2021. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Amanda Lynn King, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.